JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ELIAS CORTEZ, SALVADOR CORONA, ARMANDO CORONA, and JOSE GODOS, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>K. A. R. CONSTRUCTION, INC., A CALIFORNIA CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: LACV11-5502-SVW-FMOx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed without prejudice and the matter is closed.

DATED: January 9, 2012        By: _____
                                                  UNITED STATES DISTRICT COURT JUDGE

-1-